# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Greg Weber, | No. CV-18-08141-PCT-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Southwest Neurology PC, | |
| Defendant. | |

Before the Court is Magistrate Judge Eileen S. Willett's Report and Recommendation, recommending that the Court dismiss without prejudice Plaintiff Greg Weber's Complaint. (Doc. 26.) To date, no objections have been filed. Having reviewed the Report and Recommendation, the Court hereby adopts the Magistrate Judge's recommendation.

## I. BACKGROUND

Plaintiff filed his Complaint on June 27, 2018. (Doc. 1.) On January 16, 2019, Defendant filed a Notice of Chapter 7 Bankruptcy Case. (Doc. 24.) Pursuant to the Notice, the Court stayed all claims against Defendant and ordered that all claims "will be dismissed without prejudice without further notice on July 31, 2019 unless the Court is advised that (i) the bankruptcy stay has been lifted or (ii) a request to lift the bankruptcy stay has not been ruled upon by the bankruptcy court." (Doc. 25.) To date, Defendant has failed to file a notice, advising the Court that either the bankruptcy stay has been lifted or a request to lift the stay has not been ruled upon. Accordingly, the Magistrate Judge issued the instant

Report and Recommendation, recommending that this matter be dismissed without prejudice. (Doc. 26.)

## II. LEGAL STANDARD

When reviewing a Magistrate Judge's Report and Recommendation, the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings; the Court then may decide the dispositive motion on the applicable law. Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979) (citing Campbell v. United States Dist. Court, 501 F.2d 196 (9th Cir. 1974)).

By failing to object to a Report and Recommendation, a party waives its right to challenge the Magistrate Judge's factual findings, but not necessarily the Magistrate Judge's legal conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate Judge's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

## III. DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. Accordingly, the Court will dismiss without prejudice Plaintiff's Complaint.

## IV. CONCLUSION

Based on the foregoing,

**IT IS HEREBY ORDERED adopting** the Report and Recommendation of the

1 | Magistrate Judge. (Doc. 26.)

**IT IS FURTHER ORDERED dismissing without prejudice** Plaintiff's Complaint and **directing** the Clerk of Court to terminate this case in its entirety.

Dated this 3rd day of September, 2019.

_____
Honorable Stephen M. McNamee
Senior United States District Judge